1   MILBERG WEISS BERSHAD
      HYNES & LERACH LLP
2   REED R. KATHREIN (139304)
    100 Pine Street, Suite 2600
3   San Francisco, CA  94111
    Telephone:  415/288-4545
4   415/288-4534 (fax)
          - and -
5   WILLIAM S. LERACH (68581)
    DARREN J. ROBBINS (168593)
6   600 West Broadway, Suite 1800
    San Diego, CA  92101
7   Telephone:  619/231-1058
    619/231-7423 (fax)
8
    SCHIFFRIN & BARROWAY, LLP
9   MARC A. TOPAZ
    Three Bala Plaza East, Suite 400
10  Bala Cynwyd, PA  19004
    Telephone:  610/667-7706
11  610/667-7056 (fax)

12  Attorneys for Plaintiff

13  [Additional counsel appear on signature page.]

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17  FRANZ W. STAUGLER, On Behalf of Himself )   No. C-01-3963-EDL
    and All Others Similarly Situated,       )
18                                           )   CLASS ACTION
                          Plaintiff,         )
19                                           )   NOTICE OF RELATED CASES
            vs.                              )
20                                           )   *Molholt v. Loudcloud, Inc., et al.,*
    LOUDCLOUD, INC., GOLDMAN SACHS &         )   No. C-01-20919-JF
21  CO., MORGAN STANLEY & CO. INC.,          )   *Wagner v. Loudcloud, Inc.,et al.*,
    THOMAS WEISEL PARTNERS LLC, EPOCH )          C-01-3951-JL
22  SECURITIES, INC., ALLEN & COMPANY        )
    INC., CIBC WORLD MARKETS CORP.,          )
23  DAIN RAUSCHER INCORPORATED,              )
    RAYMOND JAMES & ASSOCIATES, INC.,        )
24  ROBERTSON STEPHENS, INC., WIT            )
    SOUNDVIEW CORP., MARC L.                 )
25  ANDREESSEN, BENJAMIN A. HOROWITZ,        )
    RODERICK M. SHERWOOD III, WILLIAM        )
26  V. CAMPBELL, MICHAEL S. OVITZ and        )
    ANDREW S. RACHLEFF,                      )
27                                           )
                          Defendants.        )
28  _____ )

TO:     THE COURT AND ALL PARTIES OF RECORD

          Pursuant to Local Rule 3-12, plaintiff hereby gives notice of the following related actions

now pending in the Northern District:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Molholt v. Loudcloud, Inc., et al.* | C-01-20919-JF | 09/28/01 |
| *Wagner v. Loudcloud, Inc.,et al.* | C-01-3951-JL | 10/19/01 |

The above actions appear to arise from the same or substantially identical transactions, happenings

or events, and call for determination of the same or substantially identical questions of law and fact.

This action is alleged as a class action and asserts claims for alleged violation of the federal

securities laws.

          WHEREFORE, plaintiff requests:

          1.     That this action, *Staugler v. Loudcloud, Inc., et al.*, be assigned to the Honorable

Jeremy Fogel, the Judge assigned to the low-numbered action, *Molholt v. Loudcloud, Inc., et al.*; and

          2.     That all subsequent related actions be assigned to the Honorable Jeremy Fogel.

DATED:  October 25, 2001               MILBERG WEISS BERSHAD
                                         HYNES & LERACH LLP
                                       REED R. KATHREIN
                                       100 Pine Street, Suite 2600
                                       San Francisco, CA  94111
                                       Telephone:  415/288-4545
                                       415/288-4534 (fax)

                                       MILBERG WEISS BERSHAD
                                         HYNES & LERACH LLP
                                       WILLIAM S. LERACH
                                       DARREN J. ROBBINS


                                       _____
                                                WILLIAM S. LERACH

                                       600 West Broadway, Suite 1800
                                       San Diego, CA  92101
                                       Telephone:  619/231-1058
                                       619/231-7423 (fax)

SCHIFFRIN & BARROWAY, LLP
MARC A. TOPAZ
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
Telephone:  610/667-7706
610/667-7056 (fax)

CAULEY, GELLER, BOWMAN
  & COATES, LLP
PAUL J. GELLER
One Boca Place, Suite 421A
2255 Glades Road
Boca Raton, FL  33431
Telephone:  561/750-3000
561/750-3364 (fax)

BRODSKY & SMITH, LLC
EVAN J. SMITH
11 Bala Avenue, Suite 39
Bala Cynwyd, PA  19004
Telephone:  610/668-7987
610/660-0450 (fax)

LAW OFFICES OF BRIAN M. FELGOISE
BRIAN M. FELGOISE
230 South Broad Street, Suite 404
Philadelphia, PA  19102
Telephone:  215/735-6810
215/735-5185 (fax)

Attorneys for Plaintiff

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 600 West Broadway, Suite 1800, San Diego, California 92101.

2.      That on October 25, 2001, declarant served the NOTICE OF RELATED CASES by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of October, 2001, at San Diego, California.

_____
CORINNE N. SWEAT